# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Diamond K Meats, Inc.
d/b/a Chef-Ko Wholesale Meats, et al.

CIVIL CASE NO.   1:15-cv-1634

vs.

JUDGE    Dan Aaron Polster

Aunty Tooties, LLC, et al.

## PRAECIPE FOR ISSUANCE

- ☐ ORIGINAL SUMMONS
- ☒ ALIAS SUMMONS
- ☐ THIRD PARTY SUMMONS
- ☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- ☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- ☐ WRIT OF EXECUTION
- ☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date: 10/2/2015

By: Barry Y. Freeman

Attorney for Plaintiffs