IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Diamond K Meats, Inc., *et al*, ) | |
| ) | Case No.:  1:15-cv-01634-DAP |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge:    Dan Aaron Polster |
| ) | |
| Aunty Tooties, LLC, *et al.*, , ) | **Order Granting Motion for *Pro Hac Vice*** |
| ) | **for Eric J. Menhart** |
| Defendants. ) | |
| ) | |
| ) | |

Before the court is the motion of Matthew L. Alden seeking *pro hac vice* admission for Eric J. Menhart to represent and appear for all purposes for Defendants Aquasea Group, LLC, Kim Boddy, Daniel Akers, Fred Akers, and Linda Bergvinsson in this matter.  For the reasons stated in the Motion and Declaration of Eric J. Menhart, and for good cause shown, **IT IS ORDERED** that Eric J. Menhart of Lexero Law Firm is admitted to practice before this Court *pro hac vice*.


 /s/Dan Aaron Polster  10/16/15
Judge Dan Aaron Polster


Submitted & Approved:

/s/ Matthew L. Alden
Matthew L. Alden (0065178)
Luftman, Heck & Associates LLP
2012 West 25th Street
Suite 701
Cleveland, Ohio  44113-4131
Phone:  216-978-4778
Fax:     216-539-9326
malden@lawlh.com

1