**V&V Enterprises, Inc.**
**1291 North Road NE**
**Warren, Ohio  44483**





Mr. Ray A. Singletary                                                                  September 10, 2012
Aunty Tootie's Inc.
3618 Reserve Drive
Medina, Ohio 44526


Dear Mr. Singletary,

We wish to thank you for the opportunity to become involved with the Aunty Tootie's brand development. V&V Enterprises will commit to buying your Gourmet Chitterling Products at a minimum of 20,000 lbs. per month, for an initial term of 12 months starting in October, at a price of  $8.99 per lb. for frozen ready-to-eat products delivered to our receiving facility.

V&V Enterprises will provide access to over 3,000 grocery stores nationwide to help augment a successful product launch for the Aunty Tootie's brand. Using a conservative estimate, and in anticipation of your unique marketing genius, V&V's specific targeted markets can provide a minimum of 20,000 lbs. of initial product sales per month and incremental and exponential growth forward. A listing of our grocery customers is attached for your convenience.

Best regards,


Carl A. Vennitti, Jr.


Exhibit #1