## Advances = CARL VENNITTI
### 1/1/12 through 10/20/15

| Date | Account | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 4/12/13 | AQUASEA BOA TEXAS | Wire | Carl Vennitti | HACCP work | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -4,000.00 |
| 6/10/13 | AQUASEA BOA TEXAS | Wire | Carl Vennitti | Manufacturing Advance | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -2,000.00 |
| 6/17/13 | AQUASEA BOA TEXAS | Wire | Carl Vennitti | Manufacturing Advance | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -1,000.00 |
| 6/26/13 | AQUASEA BOA TEXAS | Wire | Carl Vennitti | Manufacturing Advance | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -2,000.00 |
| 9/3/13 | CHASE = Administration | 2043 | Carl Vennitti | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -1,000.00 |
| 9/20/13 | CHASE = Administration | Debit | MACY'S    584 4141 E COLUMBUS | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -51.81 |
| 9/20/13 | CHASE = Administration | Debit | GIANT EAGLE INC WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -57.51 |
| 9/20/13 | CHASE = Administration | Debit | WALGREENS 600 S MECCA CORTLAND O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -60.00 |
| 9/20/13 | CHASE = Administration | Debit | MACY'S    584 4141 E COLUMBUS | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -25.25 |
| 9/23/13 | CHASE = Administration | Debit | RED ROBIN #601 CANTON OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -100.18 |
| 9/23/13 | CHASE = Administration | Debit | HILTON COLUMBUS HOTEL COLUMBUS O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -17.45 |
| 9/23/13 | CHASE = Administration | Debit | FOUR SEASONS CAR WASH CORTLAND O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -28.28 |
| 9/23/13 | CHASE = Administration | Debit | HILTON COLUMBUS HOTEL COLUMBUS O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -18.52 |
| 9/23/13 | CHASE = Administration | Debit | #115 RUSTY BUCKET EAST COLUMBUS | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -37.43 |
| 9/23/13 | CHASE = Administration | Debit | HILTON COLUMBUS HOTEL COLUMBUS O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -4.00 |
| 9/23/13 | CHASE = Administration | Debit | HILTON COLUMBUS HOTEL COLUMBUS O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -85.23 |
| 9/23/13 | CHASE = Administration | ATM | ATM WITHDRAWAL | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -300.00 |
| 9/23/13 | CHASE = Administration | Debit | GIANT EAGLE INC COLUMBUS OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -5.90 |
| 9/23/13 | CHASE = Administration | Counter | Carl Vennitti | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -1,800.00 |
| 9/24/13 | CHASE = Administration | Debit | HILTON COLUMBUS HOTEL COLUMBUS O | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -6.77 |
| 10/1/13 | CHASE = Administration | Debit | WALGREENS 3390 ELM RD WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -35.20 |
| 10/4/13 | CHASE = Administration | Debit | RICKY'S ENGLISH PUB SALEM OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -34.23 |
| 10/15/13 | CHASE = Administration | Debit | DISTEFANO S AUTHENTIC HIGHLAND H | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -105.00 |
| 10/15/13 | CHASE = Administration | Debit | GUST GALLUCCI CO CLEVELAND OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -126.65 |
| 10/16/13 | CHASE = Administration | Debit | RITE AID CORP. WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -21.16 |
| 10/17/13 | CHASE = Administration | Debit | TIME WARNER CABL TWC-NEO    1481 | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -344.91 |
| 10/17/13 | CHASE = Administration | Debit | RITE AID CORP. WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -35.27 |
| 10/17/13 | CHASE = Administration | 1001 | Carl Vennitti | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -1,000.00 |
| 10/23/13 | CHASE = Administration | Debit | PERKINS RESTAURANT #37 AUSTINTOW | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -21.97 |
| 10/28/13 | CHASE = Administration | Debit | BUFFALO WILD WINGS NILES OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -22.00 |
| 10/28/13 | CHASE = Administration | Debit | TACO BELL 000200029215 WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -21.13 |
| 10/29/13 | CHASE = Administration | Debit | Medical Mutual o INS PREM   3650 | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -838.41 |
| 10/31/13 | CHASE = Administration | Debit | BURGER KING #5360  Q07 WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -11.93 |
| 11/1/13 | CHASE = Administration | 1004 | Carl Vennitti | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -2,800.00 |
| 11/14/13 | CHASE = Administration | Debit | WALGREENS 3390 ELM RD WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -17.09 |
| 11/18/13 | CHASE = Administration | Debit | SUBWAY      00023267 WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -9.25 |
| 11/18/13 | CHASE = Administration | Debit | BUFFALO WILD WINGS NILES OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -27.50 |
| 11/22/13 | CHASE = Administration | Debit | GFS Mktplc #050 2725 N Warren OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -86.14 |
| 11/26/13 | CHASE = Administration | Debit | GFS Mktplc #050 2725 N Warren OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -45.99 |
| 11/27/13 | CHASE = Administration | Debit | TIME WARNER CABL TWC-NEO    8308 | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -176.07 |
| 12/2/13 | CHASE = Administration | Debit | GRINDERS ABOVE & B CANTON OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -54.70 |
| 12/2/13 | CHASE = Administration | Debit | Medical Mutual o INS PREM   4222 | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -838.73 |
| 12/2/13 | CHASE = Administration | Debit | WING WAREHOUSE WARREN OH | Misc. | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | C | -35.91 |
| 12/10/13 | AQUASEA BOA TEXAS | Wire | TRANSFER TO CARL VENNITTI | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -1,000.00 |
| 12/12/13 | CHASE = Administration | 1009 | Carl Vennitti | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -125.00 |
| 12/17/13 | AQUASEA BOA TEXAS | WIRE | TRANSFER TO CARL VENNITTI | Cash Advance = AGENT | == OPERATIONS:•• Professional:>> Consultant:Carl Vennitti Advance | | -2,000.00 |

Total 1/1/12 - 10/20/15            -22,432.57

Exhibit #2

## Advances = CARL VENNITTI
1/1/12 through 10/20/15

| Date | Account | Num | Payee | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| Total Inflows | | | | | | | 0.00 |
| Total Outflows | | | | | | | -22,432.57 |
| Net Total | | | | | | | -22,432.57 |

Exhibit #2