

# AQUASEA GROUP

*Project Management & Development*

| CORRESPONDENCE | COMMUNICATION |
|---|---|
| PO. BOX 99071 | Email: aquasea_group@yahoo.com |
| Seattle, WA, USA | Tele: 1 - 206 - 286 - 1936 |
| 98139-0071 | Fax: 1 - 206 - 339 - 3129 |

September 4, 2013

    TO: Pocket Foods
  ATTN: Carl Vennitti

Carl,

Attached is the document that you proffered which created the foundation for the Aquasea funding of the Aunty Tootie's Venture. We would never have funded the Venture without such marketing channels in place. We consider this to be a legally binding commitment.

It has been in excess of 30 days since the start of plant operations and you have thus far failed to perform on your commitments declared in this document. At the current Aunty Tootie's Chitterling pricing structure, you are in arrears on the commitment for the first 20,000 pounds of product that was to be sold, which amounts to $220,800 after discounts for volume.

Aquasea Group LLC is requiring a plan of action from you for executing this commitment. Failure to respond will result in our seeking all legal recourse available.

Regards,

*[signature]*

Capt. Kim Boddy

Managing Member, Aunty Tooties LLC
Managing Member, Aquasea Group LLC

Exhibit #3

**V&V Enterprises, Inc.**
**1291 North Road NE**
**Warren, Ohio 44483**

Mr. Ray A. Singletary                                         September 10, 2012
Aunty Tootie's Inc.
3618 Reserve Drive
Medina, Ohio 44526

Dear Mr. Singletary,

We wish to thank you for the opportunity to become involved with the Aunty Tootie's brand development. V&V Enterprises will commit to buying your Gourmet Chitterling Products at a minimum of 20,000 lbs. per month, for an initial term of 12 months starting in October, at a price of $8.99 per lb. for frozen ready-to-eat products delivered to our receiving facility.

V&V Enterprises will provide access to over 3,000 grocery stores nationwide to help augment a successful product launch for the Aunty Tootie's brand. Using a conservative estimate, and in anticipation of your unique marketing genius, V&V's specific targeted markets can provide a minimum of 20,000 lbs. of initial product sales per month and incremental and exponential growth forward. A listing of our grocery customers is attached for your convenience.

Best regards,

Carl A. Vennitti, Jr.

Exhibit #3