**(Original billing dated 10/2/2013)**

| | | |
|---|---|---|
| **Bill To:** | **Remit To:** | **DATE:  01/06/2014** |
| Aunty Tootie's LLC | Carl Vennitti | |
| Aunty Tootie's Inc. | 1291 North Road NE | |
| Bar BQ Boss | Warren, Ohio 44483 | |
| c/o Ray A. Singletary Sr. | | |
| Addresses as needed | | |

Page 1/5

**2012 Spot Consultation Services** for Aunty Tootie's Inc., Aunty Tootie's LLC, Aunty Tootie's Venture, Aquasea Group LLC

All entries have supporting documentation

| | |
|---|---|
| March 18, 2012 – Photo Session with Capturing Moments including Copyrights | $1,000.00 |
| August 2, 2012 – Meeting with J Kolt @ Chef-Ko Meats, Cleveland, Ohio | $250.00 |
| August 7, 2012 – Meeting and analysis of 340 Victoria Rd. facility | $750.00 |
| August 21 & 22, 2012 - Communication with FLS Kish, USDA | $250.00 |
| August 24 & 25, 2012 – Research with Loeb Equipment, Chicago | $500.00 |
| August 29, 2012 – Communication with Loeb Equipment, Chicago | $250.00 |
| August 31, 2012 – Various services recapped in letter to Ray Singletary | $750.00 |
| September 4, 2012 – Communication with FLS Kish, USDA | $250.00 |
| September 5, 2012 – Packaging issues communication | $250.00 |
| September 5, 2012 – Equipment issues with Loeb Equipment, Chicago | $250.00 |
| September 6, 2012 – Meeting with Compass Packaging | $250.00 |
| September 7, 2012 – Disseminate confidential communication with Compass Pkg. | $250.00 |
| September 10, 2012 – Meeting and analysis of 31 Bissell Ave. facility | $500.00 |
| September 20, 2012 – Issue with Compass packaging | $250.00 |
| September 20, 2012 – Disseminate information from Aquasea Group | $250.00 |
| September 23, 2012 – Activate email account from Aunty Tootie's | $250.00 |

Exhibit #4

| | |
|---|---|
| September 24, 2012 – Communication with USDA Chicago | $250.00 |
| September 25, 2012 – Initiate USDA GOA | $250.00 |
| September 27, 2012 – Complete USDA Application | $250.00 |
| September 28, 2012 – Meeting at Compass Packaging | $250.00 |
| October 3, 2012 – Communication with USDA | $250.00 |
| October 9, 2012 – Communication with USDA. Includes securing Est. 15797 | $5000.00 |
| October 10, 2012 – Communication with Loeb Equipment | $250.00 |
| October 11, 2012 – Communication with Compass Packaging | $250.00 |
| October 17, 2012 – Communication with Compass Packaging | $250.00 |
| October 17, 2012 – Communication with Ray Singletary | $250.00 |
| October 18, 2012 – Communication with Compass Packaging | $250.00 |
| October 23, 2012 – Communication with Compass Packaging | $250.00 |
| November 1, 2012 – Communication with USDA | $250.00 |
| November 6, 2012 – Communication with Compass Packaging | $250.00 |
| November 6, 2012 – Research and communication with Loeb Equipment | $250.00 |
| November 7, 2012 – Communication with Compass Packaging | $250.00 |
| November 13, 2012 – Communication with Compass Packaging | $250.00 |
| November 15, 2012 – Communication with Compass Packaging | $250.00 |
| November 16, 2012 – Issue with Compass Packaging | $250.00 |
| November 30, 2012 – Communication with Compass Packaging | $250.00 |
| December 3, 2012 – Research and communication with Tri-Star Machinery | $250.00 |
| December 4, 2012 – Communication with Compass Packaging Approval by Carl | $250.00 |
| December 10, 2012 – Communication with Compass Packaging | $250.00 |
| December 11, 2012 – Communication with Compass Packaging | $250.00 |
| December 17, 2012 – Communication with Compass Packaging | $250.00 |
| | _____ |
| **Total for this section** | **$17,250.00** |

Exhibit #4

2013

**Contractual Consultation Services:**

Aunty Tootie's Inc., Aunty Tootie's LLC, Aquasea Group LLC

$2500.00 per month

January 2013 – July 2013                                                                         **$17,500.00**


| | |
|---|---|
| **2013 Purchase Box Taper** | **$1,500.00** |
| **2013 Purchase Koch Dicer** | **$6,000.00** |

2013

**Plant Management**

$6,000.00 per month

August, September                                                                                  $12,000.00


2013

**Out of Pocket Expenses**

| | |
|---|---|
| Payroll – DeVery McBride | $334.00 |
| 8/22/13   US Safety Gear | $157.62 |
| 8/28/13 Advance Auto Parts | $24.47 |
| 8/23/13 Walmart | $51.91 |
| 8/13/13 Walmart | $23.24 |
| 8/13/13 GFS Marketplace | $93.66 |
| 7/18/13 Radio Shack | $23.41 |
| 8/04/13 Office Max | $115.49 |
| 7/29/13 Radio Shack | $14.89 |
| 7/31/13 Dollar General | $15.92 |
| 7/18/13 Koch Supplies/Bunzl     (AQUASEA PAYMENT) | **-$1017.50** |
| 8/03/13 MIE | $97.10 |
| 8/02/13 Con Yeager Spice Company | $279.75 |
| 8/06/13 GFS Marketplace | $41.91 |

Exhibit #4

| | |
|---|---|
| 8/06/13 - $300.00 cash to Aunty Tootie's US Bank account per Ray | $100.00 |
| 7/26/13 Dollar General | $11.42 |
| 8/13/13 Handyman Supply | $31.92 |
| 7/22/13 Dollar General | $13.11 |
| 8/07/13 Radio Shack | $42.57 |
| 8/10/13 MIE | $63.30 |
| 7/06/13 MIE | $75.84 |
| 7/11/13 Gas | $20.00 |
| 5/12/13 Gas | $39.31 |
| 8/15/13 Service Packaging – Foam inserts | $100.00 |
| 3/13/13 Gas | $25.89 |
| 4/09/13 Gas | $40.12 |
| 6/01/13 Gas | $30.00 |
| 5/20/13 Gas | $45.00 |
| 7/23/13 Cash payment for lawn service | $200.00 |
| FEDEX | $146.04 |
| FEDEX | $383.65 |
| FEDEX | $383.11 |
| FEDEX | $115.51 |
| FEDEX | $186.84 |
| FEDEX | $363.85 |
| 9/04/13 Comfort Systems – Ventilation – Partial Payment | $1500.00 |
| **TOTAL OUT OF POCKET EXPENSES** | **$4,990.85** |

**GRAND TOTAL DUE NOW……………………………………………………………………………..$59,440.85**

**10/02/2013**

**Balance subject to 1.75% monthly interest, 21% APR**

**11/04/2013 ……….……………….……….………..……….……………………………………..$60,481.06**

Exhibit #4

**12/2/2013** ……………………………………………………………………………………$61,539.48

**01/06/2014** …………………………………………………………………………………… $62,616.42

**02/04/2014** …………………………………………………………………………………… $63,712.21

**03/01/2014** ……………………………………………………………………………..……. $64,827.17

Exhibit #4