## VERIFICATION

STATE OF WASHINGTON  )
                     ) SS
COUNTY OF __King__   )

I, Capt. Kim Boddy, being duly sworn, deposes and states:

1. I am the President and Senior Managing Member of Aquasea Group, LLC, a Washington State limited liability company; and

2. I am the President and Senior Managing Member of Aunty Tooties LLC, an Ohio State limited liability company; and

3. I have duly authorized Carl Vennitti Jr., a citizen of the State of Ohio, who resides at 1291 North Road NE , Warren Ohio 44483 , as the Ohio Agent for both LLC's ; and

4. As of September 7, 2013, under my authority as the President of Aquasea Group LLC, Carl Vennitti Jr. was duly appointed as the Aquasea Group LLC Agent in the State of Ohio with full authority to act on behalf of the LLC in all legal matters ; and

5. As of September 7, 2013, under my authority as the President of Aunty Tootie's LLC, Carl Vennitti Jr. was duly appointed as the Aunty Tootie's LLC Agent in the State of Ohio with full authority to act on behalf of the LLC in all legal matters ; and

6. As of September 7, 2013, under my authority as the Chairman of the Board of Managers of Aunty Tootie's LLC , Carl Vennitti Jr. was duly appointed as the General Manager of the Aunty Tootie's LLC manufacturing facility located at 2809 Mahoning Ave NW , Warren Ohio 44483, and has full authority to decide any management or legal issues relative to such facility, including limiting access to such facility by any party under penalty of arrest for trespassing ; and

Executed this 13 day of October, 2013.

_____
Capt. Kim Boddy

Sworn to before me and subscribed in my presence this 13th day of October, 2013.

_____
Notary Public
Stephanie Quinn

[Notary Seal: STEPHANIE QUINN, NOTARY, Apr 15 2017, PUBLIC, STATE OF WASHINGTON]

Exhibit #5