IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIAMOND K MEATS, INC.<br>d/b/a CHEF-KO WHOLESALE MEATS,<br>et al., | ) ) ) | Case No.: 1:15-CV-1634 |
| | ) | JUDGE DANIEL AARON POLSTER |
| Plaintiffs, | ) ) ) | CERTIFICATION PURSUANT TO <u>LOCAL RULE 7.1(f)</u> |
| -vs- | ) ) | |
| AUNTY TOOTIES, LLC et al., | ) ) | |
| Defendants. | ) | |

Barry Y. Freeman, attorney of record for Plaintiffs in the above-captioned proceeding, certifies the following:

1. This case has not yet been assigned to any track, but counsel anticipates it will be assigned to the standard track, pursuant to Local Rule 16.2.

2. Pursuant to Local Rule 7.1(f), memoranda relating to dispositive motions (standard track) shall not exceed 20 pages in length.

3. Plaintiffs' *Omnibus Brief in Opposition to Defendants' Motions to Dismiss* adheres to the standard track page limitation and does not exceed 20 pages in length.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

By: /s/ Barry Y. Freeman
Barry Y. Freeman (0062040)
One Cleveland Center
1375 East Ninth Street, Suite 1700
Cleveland, OH 44114
Telephone: 216.621.5300
Facsimile: 216.621-5440
bfreeman@bdblaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all parties, this 16th day of November 2015, via the Court's electronic filing system.

/s/ Barry Y. Freeman
Barry Y. Freeman

CL2:439209_v1