**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DIAMOND K MEATS, INC., et al.,** ) | **CASE NO. 1:15-cv-01634-DAP** |
| ) | |
| Plaintiffs, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | <u>**ORDER**</u> |
| ) | |
| **AUNTY TOOTIES, LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

On October 24, 2016, Kim Boddy appeared in Chambers 18B to show cause why he should not be held in contempt of court for to failure to comply with the Court's June 16 Order.

Because Kim Boddy represented that he would wire the funds to Plaintiffs' counsel this week, the Court DEFERS judgment on the matter of Kim Boddy's contempt until October 28, 2016.  If Kim Boddy fails to fully comply with the terms of the Court's June 16 order (i.e., pay in full) by October 28, 2016, at 12:00 noon, Kim Boddy will at that time be held in contempt of court and fined $10,000.

IT IS SO ORDERED.

*/s/ Dan A. Polster     Oct. 24, 2016*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**